UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division



SAIF AWAN,

    Plaintiff,

v.

ACTION NO. 2:17cv189

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration,

    Defendant.

## FINAL ORDER

Plaintiff brought this action under 42 U.S.C. § 405(g), 1383(c)(3), seeking judicial review of the decision of the Acting Commissioner of the Social Security Administration ("Commissioner") denying plaintiff's claim for disability insurance benefits ("DIB") and supplemental security income ("SSI") under the Social Security Act.

On August 24, 2017, this matter was referred to a United States Magistrate Judge, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72(b) of the Federal Rules of Civil Procedure for report and recommendation. Report of the magistrate judge was filed on February 9, 2018, recommending the final decision of the Commissioner be affirmed. By copy of the report, each party was advised of the right to file written objections to the findings

and recommendations made by the magistrate judge. The court has received no objections to the magistrate judge's report and recommendation, and the time for filing same has expired.

The court does hereby adopt and approve the findings and recommendations set forth in the report of the United States Magistrate Judge filed February 9, 2018. Accordingly, plaintiff's Motion for Summary Judgment is **DENIED,** defendant's Motion for Summary Judgment is **GRANTED,** and the final decision of the Acting Commissioner is **AFFIRMED.**

The Clerk shall forward a copy of this Order to counsel for the parties.

/s/
Rebecca Beach Smith
Chief Judge

REBECCA BEACH SMITH
CHIEF JUDGE

February 26, 2018